JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Donald R. Davis ; | American Family Mutual Insurance Co., S.I. ; |
| 1 Citizen of This State; | 5 Incorporated and Principal Place of Business in Another State; Wisconsin |
| **County of Residence:** Jackson County | **County of Residence:** Outside This District |

**County Where Claim For Relief Arose:** Jackson County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Adam Moore (Donald Davis) | Brandon A. Lawson ( American Family Mutual Insurance Co., S.I.) |
| The Moore Law Firm, LLC | American Family |
| 1600 Genessee, Suite 862 | 600 SW Jefferson St., Suite 301 |
| Kansas City, Missouri 64102 | Lee's Summit, Missouri 64063 |
| **Phone:** (816) 668-6911 | **Phone:** (816) 356-2100 |
| **Fax:** (816) 817-1259 | **Fax:** (877) 292-1075 |
| **Email:** adam@moorelawkc.com | **Email:** blawson@amfam.com |

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 1 Citizen of This State

    **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 2. Removed From State Court

    **State Removal County:** Jackson County

    **State Removal Case Number:** 2016-CV12383

**Nature of Suit:** 110 Insurance Contracts

**Cause of Action:** Breach of Contract

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** $75,001.00

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

Case 4:20-cv-00853-FJG Document 1-1 Filed 10/23/20 Page 1 of 2

**Signature:** Brandon A. Lawson

**Date:** 10/23/2020

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.