

**Your Missouri Courts**

Search for Cases by: [Select Search Method... ▾]

Judicial Links | eFiling | Help | Contact Us | **Print**　　　GrantedPublicAccess  Logoff BLAWSON2006

**2016-CV12383 - DONALD DAVIS V AMERICAN FAMILY INSURANCE COMPANY (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending　○ Ascending

Display Options: [All Entries ▾]

---

**10/05/2020** ☐ **Return Service - Other**
Mailed to American Family Insurance Company on 09/24/2020.

**09/30/2020** ☐ **Corporation Served**
Document ID - 20-SMCC-8503; Served To - AMERICAN FAMILY INSURANCE COMPANY; Server - ;
Served Date - 24-SEP-20; Served Time - 13:59:00; Service Type - Special Process Server; Reason
Description - Served

　☐ **Notice of Service**
Notice of Service.
　　**Filed By:** ADAM ROSS MOORE
　　**On Behalf Of:** DONALD DAVIS

**09/23/2020** ☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-8503, for AMERICAN FAMILY INSURANCE COMPANY.

　☐ **Order - Special Process Server**

**09/22/2020** ☐ **Motion Special Process Server**
Motion for Appointment of Special Process Server.
　　**Filed By:** ADAM ROSS MOORE
　　**On Behalf Of:** DONALD DAVIS

　☐ **Request Filed**
Request for Issuance of Alias Summons.
　　**Filed By:** ADAM ROSS MOORE
　　**On Behalf Of:** DONALD DAVIS

　☐ **Notice of Service**
Notice of Non-Service.
　　**Filed By:** ADAM ROSS MOORE
　　**On Behalf Of:** DONALD DAVIS

　☐ **Summons Returned Non-Est**
Document ID - 20-SMCC-4358; Served To - AMERICAN FAMILY INSURANCE COMPANY; Server - ;
Served Date - 22-SEP-20; Served Time - 00:00:00; Service Type - Special Process Server; Reason
Description - Non-est

**09/14/2020** ☐ **Notice of Court Hearing Sent**

　☐ **Case Mgmt Conf Scheduled**

Case 4:20-cv-00853-FJG　Document 2-1　Filed 10/23/20　Page 1 of 32

Scheduled For: 10/27/2020;  9:00 AM ;  CORY LEE ATKINS;  Jackson - Independence

☐ **Hearing Continued/Rescheduled**
Continued for Service
**Hearing Continued From:** 09/15/2020;  8:30 AM Case Management Conference

**05/28/2020** ☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-4358, for AMERICAN FAMILY INSURANCE COMPANY.

☐ **Case Mgmt Conf Scheduled**
**Associated Entries:** 09/14/2020 - Hearing Continued/Rescheduled ⊞
**Scheduled For:** 09/15/2020;  8:30 AM ;  CORY LEE ATKINS;  Jackson - Independence

☐ **Judge Assigned**

**05/27/2020** ☐ **Filing Info Sheet eFiling**
**Filed By:** ADAM ROSS MOORE

☐ **Note to Clerk eFiling**
**Filed By:** ADAM ROSS MOORE

☐ **Pet Filed in Circuit Ct**
Petition for Damages.
**Filed By:** ADAM ROSS MOORE
**On Behalf Of:** DONALD DAVIS

---

State of Missouri

# Department of Commerce and Insurance



**TO:**  Corporate Secretary (or United States Manager or Last Appointed General Agent) of

AMERICAN FAMILY INSURANCE COMPANY
CSC LAWYERS INCORPORATING SERVICE COMPANY
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**RE:**  Court: Jackson Co. at Independence, Case Number: 2016-CV12383

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Commerce and Insurance of the state of Missouri, Dated at Jefferson City, Missouri this Thursday, September 24, 2020.

*Chlora Lindley-Myers*

Director of Commerce and Insurance

---

AFFIDAVIT

State of Missouri,

ss.

County of Cole,

The undersigned Director of the Department of Commerce and Insurance or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on September 25, 2020 by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Commerce and Insurance

By:

Subscribed and sworn to before me this 24th day of September 2020

*Kathryn Latimer*

Notary Public  **KATHRYN LATIMER**
My Commission Expires
March 4, 2024

My commission expires:  NOTARY
SEAL
OF MISS

Cole County
Commission #12418395

301 West High Street, Room 530, P.O. Box 690 / JeffersonCity, Missouri 65102-0690
Telephone 573-526-0000 / TDD 1-573-526-4536 (Hearing Impaired)
http://www.dci.mo.gov

Electronically Filed - Jackson - Independence - September 30, 2020 - 03:45 PM

## AFFIDAVIT OF SERVICE

**State of Missouri**                    **County of Jackson**                    **Circuit Court**

Case Number: 2016-CV12383

Plaintiff/Petitioner:
**DONALD DAVIS**
vs.
Defendant/Respondent:
**AMERICAN FAMILY INSURANCE COMPANY**

Received by HPS Process Service & Investigations to be served on **American Family Insurance Company, c/o Director of Department of Insurance, 301 West High Street, Suite 530, Jefferson City, MO 65101. I,** DAVID M. ROBERTS , being duly sworn, depose and say that on the 24 day of SEP 20 20 at 1 : 57 p.m., executed service by delivering a true copy of the Summons in Civil Case; Petition for Damages; and Motion for Appointment of Private Process Server/Order for Appointment of Private Process Server in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving DEBRA LEE
as designee _____ for the above-named entity. ( MO DEPT OF INSURANCE)

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 24th day
of Sept , 20 by the affiant who is
personally known to me.

NOTARY PUBLIC
PATRICIA J. ROBERTS
Notary Public-Notary Seal
STATE OF MISSOURI-County of Cole
Commission #12481691
My Commission Expires Dec. 4, 2020

PROCESS SERVER # PPS20-0206
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: 2020018034

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Electronically Filed - Jackson - Independence - September 30, 2020 - 03:45 PM



**IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>CORY LEE ATKINS | Case Number: 2016-CV12383 |
| Plaintiff/Petitioner:<br>DONALD DAVIS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ADAM ROSS MOORE<br>1600 GENESSEE ST STE 853<br>KANSAS CITY, MO 64102 |
| Defendant/Respondent:<br>AMERICAN FAMILY INSURANCE COMPANY<br>Nature of Suit:<br>CC Breach of Contract | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050<br><br>(Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: AMERICAN FAMILY INSURANCE COMPANY
Alias:

DIRECTOR OF DEPARTMENT
OF INSURANCE
301 WEST HIGH DRIVE SUITE 530
JEFFERSON CITY, MO 65101

# PRIVATE PROCESS SERVER



*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

23-SEP-2020
Date

Further Information:

_____ Clerk

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
DEBRA LEE _____ (name) designee of MO DEPT OF INSURANCE (title).

☐ other _____

Served at 301 W. High St. Room 530, Jefferson City, MO 65101 (address)
in Cole (County/City of St. Louis), MO, on 09/24/20 (date) at 1:57pm (time).

DAVID M. ROBERTS
Printed Name of Sheriff or Server    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on 9-24-20 (date).

My commission expires: 12-4-20
Date    Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $ _____ | PATRICIA J. ROBERTS |
| Non Est | $ _____ | Notary Public-Notary Seal |
| Sheriff's Deputy Salary | | STATE OF MISSOURI-County of Cole |
| Supplemental Surcharge | $ 10.00 | Commission #12481691 |
| Mileage | $ _____ (_____ miles @ $._____ per mile) | My Commission Expires Dec. 4, 2020 |
| Total | $ _____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 20-SMCC-8503**   1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00853-FJG   Document 2-1   Filed 10/23/20   Page 5 of 32



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CORY LEE ATKINS | **Case Number: 2016-CV12383** |
| Plaintiff/Petitioner:<br>DONALD DAVIS | Plaintiff's/Petitioner's Attorney/Address<br>ADAM ROSS MOORE<br>1600 GENESSEE ST STE 853<br>KANSAS CITY, MO 64102 |
| **vs.** | |
| Defendant/Respondent:<br>AMERICAN FAMILY INSURANCE COMPANY | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| Nature of Suit:<br>CC Breach of Contract | |
| | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** AMERICAN FAMILY INSURANCE COMPANY
**Alias:**

**PRIVATE PROCESS SERVER**

DIRECTOR OF DEPARTMENT
OF INSURANCE
301 WEST HIGH DRIVE SUITE 530
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

       You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*JACKSON COUNTY*

23-SEP-2020
Date

Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
          Date           Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 20-SMCC-8503** 1 of 1 (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00853-FJG Document 2-1 Filed 10/23/20 Page 6 of 32

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

6/2020

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE, MISSOURI**

| | |
|---|---|
| **DONALD DAVIS** | ) |
| **8824 Hunter Ave.** | ) |
| **Kansas City, MO 64138** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 2016-CV-12383** |
| **v.** | ) |
| | ) **Division 17** |
| **AMERICAN FAMILY INSURANCE** | ) |
| **COMPANY** | ) |
| <u>**Serve at:**</u> | ) |
| **Director** | ) |
| **Department of Insurance** | ) |
| **301 W. High Street, Suite 530** | ) |
| **Jefferson City, Missouri 65101** | ) |
| | ) |
| **Defendant.** | ) |

<u>**MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER**</u>

COMES NOW Plaintiff Donald Davis, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | |
|---|---|---|---|
| Will Acree | PPS20-0275 | Robert Blixt | PPS20-0289 |
| Jan Adams | PPS20-0276 | Brent Bohnhoff | PPS20-0014 |
| Roger Adams | PPS20-0277 | Ann Bollino | PPS20-0291 |
| Randy Adkins | PPS20-0225 | Donnie C Briley | PPS20-0292 |
| Bobby Ali | PPS20-0278 | Kathy Broom | PPS20-0293 |
| Gregory Allen | PPS20-0279 | Kenneth Brown | PPS20-0294 |
| Victor Aponte | PPS20-0280 | Douglas S Brower | PPS20-0580 |
| Brandon Aschenbrenner | PPS20-0281 | Hester Bryant | PPS20-0019 |
| | | Nicholas Bull | PPS20-0020 |
| Julia Ascorra | PPS20-0282 | James F Burke | PPS20-0296 |
| Teresa Bailly | PPS20-0283 | Randy Burrow | PPS20-0021 |
| Joseph Baska | PPS20-0284 | Gory Burt | PPS20-0022 |
| Robert Bassler | PPS20-0578 | Maurice Burton | PPS20-0298 |
| Carrington Bell | PPS20-0012 | Steve Butcher | PPS20-0581 |
| George Bell | PPS20-0286 | William Caputo | PPS20-0299 |
| Carlos Bialet | PPS20-0579 | Kyle Carter | PPS20-0023 |
| Dianna Blea | PPS20-0287 | Charles Casey | PPS20-0300 |
| Richard J Blea | PPS20-0288 | George Castillo | PPS20-0301 |

Electronically Filed - Jackson - Independence - September 22, 2020 - 04:04 PM

| | | | |
|---|---|---|---|
| Fidel A Cervantes | PPS20-0302 | Chris Fowler | PPS20-0338 |
| Trenia Cherry | PPS20-0303 | James Frago | PPS20-0038 |
| Joyce Clemmons | PPS20-0304 | John Frago | PPS20-0039 |
| John Clor | PPS20-0305 | Kelsey Garrett | PPS20-0582 |
| Kathleen Clor | PPS20-0306 | Thomas Garrett | PPS20-0339 |
| Chad Compton | PPS20-0307 | Andrew Garza | PPS20-0041 |
| Kenneth V Condrey | PPS20-0308 | Charles Gay | PPS20-0340 |
| Sharon R Condrey | PPS20-0309 | Richard Gerber | PPS20-0341 |
| Theodore Cordasco | PPS20-0310 | Louis Gerrick | PPS20-0342 |
| Cesar Corral | PPS20-0311 | Paul Gizel | PPS20-0343 |
| George H Covert | PPS20-0312 | Ronda Godard | PPS20-0344 |
| Dennis Dahlberg | PPS20-0026 | Adam Golden | PPS20-0345 |
| Mary Dahlberg | PPS20-0027 | Bradley Gordon | PPS20-0042 |
| Patricia Dambach-Cirko | PPS20-0313 | Tom Gorgone | PPS20-0044 |
| Bert Daniels, Jr. | PPS20-0028 | Paul O Grimes | PPS20-0348 |
| Alterck Davenport | PPS20-0314 | Charles Gunning | PPS20-0046 |
| Richard Davis | PPS20-0029 | Aloysivs Guy, Sr. | PPS20-0583 |
| Duane D Day | PPS20-0315 | David Hahn | PPS20-0584 |
| Gerald R Deadwyles | PPS20-0316 | Eric Hahn | PPS20-0585 |
| Bryce Dearborn | PPS20-0317 | Stefanie Hahn | PPS20-0586 |
| Robert DeLacy, Jr. | PPS20-0318 | Darnell Hamilton | PPS20-0143 |
| Robert E DeLacy, III | PPS20-0319 | Kimberly Hamilton | PPS20-0351 |
| Kathleen Dnunno | PPS20-0320 | Natalie Hawks | PPS20-0050 |
| Marrissa Doan | PPS20-0034 | Larry Haynes | PPS20-0352 |
| Claudia Dohn | PPS20-0321 | Douglas Hays | PPS20-0051 |
| Dale Dorning | PPS20-0322 | Grace Hazell | PPS20-0353 |
| Valentina Dorning | PPS20-0323 | Richard Heimerich, Jr. | PPS20-0354 |
| Catherine Drake | PPS20-0324 | Stephen Heitz | PPS20-0052 |
| Alex Duaine | PPS20-0325 | Charles Helms | PPS20-0356 |
| Roland Duff | PPS20-0326 | Austen Hendrickson | PPS20-0357 |
| Rochelle D Earthrise | PPS20-0327 | Jonathan Hennings | PPS20-0358 |
| Daniel Eberle | PPS20-0328 | Jesse J Hernandez | PPS20-0359 |
| Shawn Edwards | PPS20-0035 | Michael Hibler | PPS20-0360 |
| Jessica Ellison | PPS20-0330 | Anthonio Hightower | PPS20-0361 |
| Abel Emiru | PPS20-0331 | Cherrod T Hindsman | PPS20-0362 |
| Donald C Eskra, Jr. | PPS20-0332 | James Hise | PPS20-0054 |
| Leticia Estrada | PPS20-0333 | Gary F Hodges | PPS20-0363 |
| David S Felter | PPS20-0334 | Alex Holland | PPS20-0057 |
| William Ferrell | PPS20-0037 | Leonard Horseman | PPS20-0364 |
| Robert Finley | PPS20-0335 | Ulonda Howard | PPS20-0365 |
| Stephen Folcher | PPS20-0336 | Martin Hueckel | PPS20-0366 |
| Ryan D Fortune | PPS20-0337 | Damion Hugher | PPS20-0367 |
| | | William Humble | PPS20-0590 |

| | | | |
|---|---|---|---|
| Mary Hurley | PPS20-0058 | Kellie A. Meyer | PPS20-0673 |
| George Illidge | PPS20-0368 | Matthew Millhollin | PPS20-0081 |
| Frank James | PPS20-0369 | Carla M Monehain | PPS20-0400 |
| Matthew Jankowski | PPS20-0370 | Carlos Moreno | PPS20-0401 |
| Betty Johnson | PPS20-0059 | Michael S Morrison | PPS20-0402 |
| Edward Johnson | PPS20-0060 | Zachary P. Mueller | PPS20-0596 |
| James Johnson | PPS20-0061 | Kelly Murski | PPS20-0403 |
| Jordan Johnson | PPS20-0372 | Andrew Myers | PPS20-0087 |
| Justin L Johnson | PPS20-0373 | Frederick Myers | PPS20-0088 |
| Randy Johnson | PPS20-0374 | James Myers | PPS20-0089 |
| Samuel Johnson | PPS20-0375 | Stephanie Myers | PPS20-0090 |
| Haile Kahssu | PPS20-0376 | Paul Nardizzi | PPS20-0404 |
| Kenneth Kearney | PPS20-0377 | Wendy Neff | PPS20-0405 |
| Michael Keating | PPS20-0378 | Christopher New | PPS20-0091 |
| Christopher Keilbart | PPS20-0591 | Jillian Newkirk | PPS20-0406 |
| Elizabeth A Kidd | PPS20-0379 | Jeremy Nicholas | PPS20-0092 |
| Donna Jo King | PPS20-0371 | Michael Noble | PPS20-0093 |
| Kenneth Klewicki | PPS20-0380 | Michael C Nolon | PPS20-0409 |
| George Kotsiras | PPS20-0592 | Colter Norris | PPS20-0410 |
| Wyman Kroft | PPS20-0381 | Dennis Norris | PPS20-0411 |
| Jo Ann Lane | PPS20-0382 | Kody Norris | PPS20-0412 |
| Linda Langville | PPS20-0593 | Trinity Olson | PPS20-0413 |
| Eric B Layton | PPS20-0383 | Craig Palmer | PPS20-0414 |
| Kristie Lewis | PPS20-0384 | Cynthia Paris | PPS20-0415 |
| John D Lichtenegger | PPS20-0385 | Douglas W Patterson | PPS20-0416 |
| Bert Lott | PPS20-0386 | Antonio Perez | PPS20-0417 |
| Robert Lutren | PPS20-0387 | Jaron Perkins | PPS20-0418 |
| Daniel Maglothin | PPS20-0069 | Anha Pham | PPS20-0419 |
| Matthews J Manlich | PPS20-0388 | Thai Pham | PPS20-0420 |
| Robert Manning | PPS20-0389 | Bonnie Phillippi | PPS20-0597 |
| Deborah Martin | PPS20-0072 | Gregory Piazza | PPS20-0421 |
| Michael Martin | PPS20-0073 | Vincent A Piazza | PPS20-0422 |
| Ryan Martin | PPS20-0193 | Brian T Pierce | PPS20-0423 |
| Susie Martin | PPS20-0390 | Timothy Pinney | PPS20-0424 |
| Thomas Matthews | PPS20-0391 | Joshua Pitts | PPS20-0425 |
| Casey McKee | PPS20-0076 | Craig Podgurski | PPS20-0598 |
| Michael McMahon | PPS20-0392 | Rocellious Pope | PPS20-0426 |
| Michael Meade | PPS20-0393 | Nancy A Porter | PPS20-0427 |
| Michael Meador | PPS20-0077 | Andre Powell | PPS20-0428 |
| Kenny Medlin | PPS20-0078 | Benjamin Purses | PPS20-0429 |
| Arsalan Memon | PPS20-0396 | Richard Ramirez | PPS20-0430 |
| Eric Mendenhall | PPS20-0397 | Charles Reardon | PPS20-0431 |
| Jenna Mendoza | PPS20-0398 | Derek L Reddick | PPS20-0432 |

| | |
|---|---|
| Angela Reed | PPS20-0433 |
| Christopher Reed | PPS20-0434 |
| Edward Reed | PPS20-0435 |
| Betty G Rice | PPS20-0436 |
| Karen L Rice | PPS20-0437 |
| Cheryl Richey | PPS20-0439 |
| Terri Richards | PPS20-0106 |
| Debra Rios | PPS20-0440 |
| David M Roberts | PPS20-0206 |
| Patricia Roberts | PPS20-0207 |
| Jeroy Robinson | PPS20-0441 |
| Sammie Robinson | PPS20-0108 |
| Adrienne Rodriguez | PPS20-0442 |
| Gabriel Rodriguez | PPS20-0443 |
| Mateo F Rodriguez | PPS20-0444 |
| Richard C Ross | PPS20-0445 |
| Melissa Ruiz | PPS20-0446 |
| Antonio Ruque | PPS20-0447 |
| Geena Christine Rupp | PPS20-0599 |
| Edna Russell | PPS20-0110 |
| Lee H Russell | PPS20-0448 |
| Mark A Russell | PPS20-0449 |
| John Sadler | PPS20-0450 |
| Ligno Sanchez | PPS20-0451 |
| Virginia Saxon-Ford | PPS20-0452 |
| Greg Schermerhorn | PPS20-0453 |
| Brenda Schiwitz | PPS20-0111 |
| Michael Schuller | PPS20-0454 |
| Nathaniel Scott | PPS20-0455 |
| Grant Selvey | PPS20-0600 |
| Quratulain Shoukat | PPS20-0456 |
| Jeremy Small | PPS20-0457 |
| Monica Smith | PPS20-0458 |
| Anthony Spada | PPS20-0459 |
| Melissa Spencer | PPS20-0460 |
| Jamie Stallo | PPS20-0461 |
| Marc A Starks | PPS20-0462 |
| Barbara Steil | PPS20-0463 |
| Kelvin Stinyard | PPS20-0464 |
| Randy Stone | PPS20-0117 |

| | |
|---|---|
| Sonja Stone | PPS20-0118 |
| Steven Stosur | PPS20-0465 |
| Robert T Stover | PPS20-0006 |
| Jeanie Straessler | PPS20-0466 |
| Chance Strawser | PPS20-0467 |
| David Taliaferro | PPS20-0119 |
| Ramona Rose Talvacchio | PPS20-0468 |
| Katherina M Tan | PPS20-0469 |
| Berhane Tassaw | PPS20-0470 |
| Michael Taylor | PPS20-0120 |
| Courtney S. Thiemann | PPS20-0601 |
| Robert Hayes Thomas | PPS20-0602 |
| Walter Thomas | PPS20-0603 |
| William Wyatt Thomas | PPS20-0604 |
| Christina Tiffany | PPS20-0471 |
| Stephen M Troutz | PPS20-0472 |
| Clinton Turpen | PPS20-0473 |
| Henry J Valladares Cruz | PPS20-0474 |
| Margarita Vasquez | PPS20-0475 |
| Robert E Vick, II | PPS20-0476 |
| Bradley Votaw | PPS20-0477 |
| Joseph T Wachowski | PPS20-0478 |
| Ambiko Wallace | PPS20-0479 |
| Vance M Warren, Sr. | PPS20-0480 |
| Barbara West | PPS20-0481 |
| Pamela K Wheetley | PPS20-0007 |
| Jennifer White | PPS20-0482 |
| Gregory Willing | PPS20-0130 |
| Conni Wilson | PPS20-0131 |
| Deborah A Wilson | PPS20-0484 |
| Jerry Wilson | PPS20-0132 |
| Mitchell Wirth | PPS20-0485 |
| Debra Woodhouse | PPS20-0133 |
| Jerry Wooten | PPS20-0487 |
| Kimary Ann Zappia | PPS20-0606 |

as private process servers in the above-captioned matter.  In support of said motion, Plaintiff states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully submitted,

 /s/ Adam R. Moore
Adam R. Moore   Mo. Bar # 52395
The Moore Law Firm LLC
1600 Genessee, Suite 862
Kansas City, MO 64102
(816) 668-6911 (telephone)
(816) 817-1259 (fax)
adam@moorelawkc.com

**ATTORNEY FOR PLAINTIFF DONALD
DAVIS**

## ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER

It is hereby ordered that Plaintiff's Motion for Appointment of Private Process Server is sustained and the above named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____23-Sep-2020_____

DEPUTY COURT ADMINISTRATOR

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE, MISSOURI**

| | |
|---|---|
| **DONALD DAVIS** | ) |
| **8824 Hunter Ave.** | ) |
| **Kansas City, MO 64138** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 2016-CV-12383** |
| **v.** | ) |
| | ) **Division 17** |
| **AMERICAN FAMILY INSURANCE** | ) |
| **COMPANY** | ) |
| <u>**Serve at:**</u> | ) |
| **Director** | ) |
| **Department of Insurance** | ) |
| **301 W. High Street, Suite 530** | ) |
| **Jefferson City, Missouri 65101** | ) |
| | ) |
| **Defendant.** | ) |

<u>**MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER**</u>

COMES NOW Plaintiff Donald Davis, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | |
|---|---|---|---|
| Will Acree | PPS20-0275 | Robert Blixt | PPS20-0289 |
| Jan Adams | PPS20-0276 | Brent Bohnhoff | PPS20-0014 |
| Roger Adams | PPS20-0277 | Ann Bollino | PPS20-0291 |
| Randy Adkins | PPS20-0225 | Donnie C Briley | PPS20-0292 |
| Bobby Ali | PPS20-0278 | Kathy Broom | PPS20-0293 |
| Gregory Allen | PPS20-0279 | Kenneth Brown | PPS20-0294 |
| Victor Aponte | PPS20-0280 | Douglas S Brower | PPS20-0580 |
| Brandon Aschenbrenner | PPS20-0281 | Hester Bryant | PPS20-0019 |
| | | Nicholas Bull | PPS20-0020 |
| Julia Ascorra | PPS20-0282 | James F Burke | PPS20-0296 |
| Teresa Bailly | PPS20-0283 | Randy Burrow | PPS20-0021 |
| Joseph Baska | PPS20-0284 | Gory Burt | PPS20-0022 |
| Robert Bassler | PPS20-0578 | Maurice Burton | PPS20-0298 |
| Carrington Bell | PPS20-0012 | Steve Butcher | PPS20-0581 |
| George Bell | PPS20-0286 | William Caputo | PPS20-0299 |
| Carlos Bialet | PPS20-0579 | Kyle Carter | PPS20-0023 |
| Dianna Blea | PPS20-0287 | Charles Casey | PPS20-0300 |
| Richard J Blea | PPS20-0288 | George Castillo | PPS20-0301 |

| | | | |
|---|---|---|---|
| Fidel A Cervantes | PPS20-0302 | Chris Fowler | PPS20-0338 |
| Trenia Cherry | PPS20-0303 | James Frago | PPS20-0038 |
| Joyce Clemmons | PPS20-0304 | John Frago | PPS20-0039 |
| John Clor | PPS20-0305 | Kelsey Garrett | PPS20-0582 |
| Kathleen Clor | PPS20-0306 | Thomas Garrett | PPS20-0339 |
| Chad Compton | PPS20-0307 | Andrew Garza | PPS20-0041 |
| Kenneth V Condrey | PPS20-0308 | Charles Gay | PPS20-0340 |
| Sharon R Condrey | PPS20-0309 | Richard Gerber | PPS20-0341 |
| Theodore Cordasco | PPS20-0310 | Louis Gerrick | PPS20-0342 |
| Cesar Corral | PPS20-0311 | Paul Gizel | PPS20-0343 |
| George H Covert | PPS20-0312 | Ronda Godard | PPS20-0344 |
| Dennis Dahlberg | PPS20-0026 | Adam Golden | PPS20-0345 |
| Mary Dahlberg | PPS20-0027 | Bradley Gordon | PPS20-0042 |
| Patricia Dambach-Cirko | PPS20-0313 | Tom Gorgone | PPS20-0044 |
| Bert Daniels, Jr. | PPS20-0028 | Paul O Grimes | PPS20-0348 |
| Alterck Davenport | PPS20-0314 | Charles Gunning | PPS20-0046 |
| Richard Davis | PPS20-0029 | Aloysivs Guy, Sr. | PPS20-0583 |
| Duane D Day | PPS20-0315 | David Hahn | PPS20-0584 |
| Gerald R Deadwyles | PPS20-0316 | Eric Hahn | PPS20-0585 |
| Bryce Dearborn | PPS20-0317 | Stefanie Hahn | PPS20-0586 |
| Robert DeLacy, Jr. | PPS20-0318 | Darnell Hamilton | PPS20-0143 |
| Robert E DeLacy, III | PPS20-0319 | Kimberly Hamilton | PPS20-0351 |
| Kathleen Dnunno | PPS20-0320 | Natalie Hawks | PPS20-0050 |
| Marrissa Doan | PPS20-0034 | Larry Haynes | PPS20-0352 |
| Claudia Dohn | PPS20-0321 | Douglas Hays | PPS20-0051 |
| Dale Dorning | PPS20-0322 | Grace Hazell | PPS20-0353 |
| Valentina Dorning | PPS20-0323 | Richard Heimerich, Jr. | PPS20-0354 |
| Catherine Drake | PPS20-0324 | Stephen Heitz | PPS20-0052 |
| Alex Duaine | PPS20-0325 | Charles Helms | PPS20-0356 |
| Roland Duff | PPS20-0326 | Austen Hendrickson | PPS20-0357 |
| Rochelle D Earthrise | PPS20-0327 | Jonathan Hennings | PPS20-0358 |
| Daniel Eberle | PPS20-0328 | Jesse J Hernandez | PPS20-0359 |
| Shawn Edwards | PPS20-0035 | Michael Hibler | PPS20-0360 |
| Jessica Ellison | PPS20-0330 | Anthonio Hightower | PPS20-0361 |
| Abel Emiru | PPS20-0331 | Cherrod T Hindsman | PPS20-0362 |
| Donald C Eskra, Jr. | PPS20-0332 | James Hise | PPS20-0054 |
| Leticia Estrada | PPS20-0333 | Gary F Hodges | PPS20-0363 |
| David S Felter | PPS20-0334 | Alex Holland | PPS20-0057 |
| William Ferrell | PPS20-0037 | Leonard Horseman | PPS20-0364 |
| Robert Finley | PPS20-0335 | Ulonda Howard | PPS20-0365 |
| Stephen Folcher | PPS20-0336 | Martin Hueckel | PPS20-0366 |
| Ryan D Fortune | PPS20-0337 | Damion Hugher | PPS20-0367 |
| | | William Humble | PPS20-0590 |

| | | | |
|---|---|---|---|
| Mary Hurley | PPS20-0058 | Kellie A. Meyer | PPS20-0673 |
| George Illidge | PPS20-0368 | Matthew Millhollin | PPS20-0081 |
| Frank James | PPS20-0369 | Carla M Monehain | PPS20-0400 |
| Matthew Jankowski | PPS20-0370 | Carlos Moreno | PPS20-0401 |
| Betty Johnson | PPS20-0059 | Michael S Morrison | PPS20-0402 |
| Edward Johnson | PPS20-0060 | Zachary P. Mueller | PPS20-0596 |
| James Johnson | PPS20-0061 | Kelly Murski | PPS20-0403 |
| Jordan Johnson | PPS20-0372 | Andrew Myers | PPS20-0087 |
| Justin L Johnson | PPS20-0373 | Frederick Myers | PPS20-0088 |
| Randy Johnson | PPS20-0374 | James Myers | PPS20-0089 |
| Samuel Johnson | PPS20-0375 | Stephanie Myers | PPS20-0090 |
| Haile Kahssu | PPS20-0376 | Paul Nardizzi | PPS20-0404 |
| Kenneth Kearney | PPS20-0377 | Wendy Neff | PPS20-0405 |
| Michael Keating | PPS20-0378 | Christopher New | PPS20-0091 |
| Christopher Keilbart | PPS20-0591 | Jillian Newkirk | PPS20-0406 |
| Elizabeth A Kidd | PPS20-0379 | Jeremy Nicholas | PPS20-0092 |
| Donna Jo King | PPS20-0371 | Michael Noble | PPS20-0093 |
| Kenneth Klewicki | PPS20-0380 | Michael C Nolon | PPS20-0409 |
| George Kotsiras | PPS20-0592 | Colter Norris | PPS20-0410 |
| Wyman Kroft | PPS20-0381 | Dennis Norris | PPS20-0411 |
| Jo Ann Lane | PPS20-0382 | Kody Norris | PPS20-0412 |
| Linda Langville | PPS20-0593 | Trinity Olson | PPS20-0413 |
| Eric B Layton | PPS20-0383 | Craig Palmer | PPS20-0414 |
| Kristie Lewis | PPS20-0384 | Cynthia Paris | PPS20-0415 |
| John D Lichtenegger | PPS20-0385 | Douglas W Patterson | PPS20-0416 |
| Bert Lott | PPS20-0386 | Antonio Perez | PPS20-0417 |
| Robert Lutren | PPS20-0387 | Jaron Perkins | PPS20-0418 |
| Daniel Maglothin | PPS20-0069 | Anha Pham | PPS20-0419 |
| Matthews J Manlich | PPS20-0388 | Thai Pham | PPS20-0420 |
| Robert Manning | PPS20-0389 | Bonnie Phillippi | PPS20-0597 |
| Deborah Martin | PPS20-0072 | Gregory Piazza | PPS20-0421 |
| Michael Martin | PPS20-0073 | Vincent A Piazza | PPS20-0422 |
| Ryan Martin | PPS20-0193 | Brian T Pierce | PPS20-0423 |
| Susie Martin | PPS20-0390 | Timothy Pinney | PPS20-0424 |
| Thomas Matthews | PPS20-0391 | Joshua Pitts | PPS20-0425 |
| Casey McKee | PPS20-0076 | Craig Podgurski | PPS20-0598 |
| Michael McMahon | PPS20-0392 | Rocellious Pope | PPS20-0426 |
| Michael Meade | PPS20-0393 | Nancy A Porter | PPS20-0427 |
| Michael Meador | PPS20-0077 | Andre Powell | PPS20-0428 |
| Kenny Medlin | PPS20-0078 | Benjamin Purses | PPS20-0429 |
| Arsalan Memon | PPS20-0396 | Richard Ramirez | PPS20-0430 |
| Eric Mendenhall | PPS20-0397 | Charles Reardon | PPS20-0431 |
| Jenna Mendoza | PPS20-0398 | Derek L Reddick | PPS20-0432 |

| | | | |
|---|---|---|---|
| Angela Reed | PPS20-0433 | Sonja Stone | PPS20-0118 |
| Christopher Reed | PPS20-0434 | Steven Stosur | PPS20-0465 |
| Edward Reed | PPS20-0435 | Robert T Stover | PPS20-0006 |
| Betty G Rice | PPS20-0436 | Jeanie Straessler | PPS20-0466 |
| Karen L Rice | PPS20-0437 | Chance Strawser | PPS20-0467 |
| Cheryl Richey | PPS20-0439 | David Taliaferro | PPS20-0119 |
| Terri Richards | PPS20-0106 | Ramona Rose Talvacchio | PPS20-0468 |
| Debra Rios | PPS20-0440 | Katherina M Tan | PPS20-0469 |
| David M Roberts | PPS20-0206 | Berhane Tassaw | PPS20-0470 |
| Patricia Roberts | PPS20-0207 | Michael Taylor | PPS20-0120 |
| Jeroy Robinson | PPS20-0441 | Courtney S. Thiemann | PPS20-0601 |
| Sammie Robinson | PPS20-0108 | Robert Hayes Thomas | PPS20-0602 |
| Adrienne Rodriguez | PPS20-0442 | Walter Thomas | PPS20-0603 |
| Gabriel Rodriguez | PPS20-0443 | William Wyatt Thomas | PPS20-0604 |
| Mateo F Rodriguez | PPS20-0444 | Christina Tiffany | PPS20-0471 |
| Richard C Ross | PPS20-0445 | Stephen M Troutz | PPS20-0472 |
| Melissa Ruiz | PPS20-0446 | Clinton Turpen | PPS20-0473 |
| Antonio Ruque | PPS20-0447 | Henry J Valladares Cruz | PPS20-0474 |
| Geena Christine Rupp | PPS20-0599 | Margarita Vasquez | PPS20-0475 |
| Edna Russell | PPS20-0110 | Robert E Vick, II | PPS20-0476 |
| Lee H Russell | PPS20-0448 | Bradley Votaw | PPS20-0477 |
| Mark A Russell | PPS20-0449 | Joseph T Wachowski | PPS20-0478 |
| John Sadler | PPS20-0450 | Ambiko Wallace | PPS20-0479 |
| Ligno Sanchez | PPS20-0451 | Vance M Warren, Sr. | PPS20-0480 |
| Virginia Saxon-Ford | PPS20-0452 | Barbara West | PPS20-0481 |
| Greg Schermerhorn | PPS20-0453 | Pamela K Wheetley | PPS20-0007 |
| Brenda Schiwitz | PPS20-0111 | Jennifer White | PPS20-0482 |
| Michael Schuller | PPS20-0454 | Gregory Willing | PPS20-0130 |
| Nathaniel Scott | PPS20-0455 | Conni Wilson | PPS20-0131 |
| Grant Selvey | PPS20-0600 | Deborah A Wilson | PPS20-0484 |
| Quratulain Shoukat | PPS20-0456 | Jerry Wilson | PPS20-0132 |
| Jeremy Small | PPS20-0457 | Mitchell Wirth | PPS20-0485 |
| Monica Smith | PPS20-0458 | Debra Woodhouse | PPS20-0133 |
| Anthony Spada | PPS20-0459 | Jerry Wooten | PPS20-0487 |
| Melissa Spencer | PPS20-0460 | Kimary Ann Zappia | PPS20-0606 |
| Jamie Stallo | PPS20-0461 | | |
| Marc A Starks | PPS20-0462 | | |
| Barbara Steil | PPS20-0463 | | |
| Kelvin Stinyard | PPS20-0464 | | |
| Randy Stone | PPS20-0117 | | |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully submitted,

_/s/ Adam R. Moore_
Adam R. Moore   Mo. Bar # 52395
The Moore Law Firm LLC
1600 Genessee, Suite 862
Kansas City, MO 64102
(816) 668-6911 (telephone)
(816) 817-1259 (fax)
adam@moorelawkc.com

**ATTORNEY FOR PLAINTIFF DONALD DAVIS**

**ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

It is hereby ordered that Plaintiff's Motion for Appointment of Private Process Server is sustained and the above named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____          _____
                                                  Judge or Circuit Clerk

Electronically Filed - Jackson - Independence - September 22, 2020 - 04:04 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE, MISSOURI**

| | |
|---|---|
| **DONALD DAVIS** | ) |
| **8824 Hunter Ave.** | ) |
| **Kansas City, MO 64138** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )      **Case No. 2016-CV-12383** |
| **v.** | ) |
| | )      **Division 17** |
| **AMERICAN FAMILY INSURANCE** | ) |
| **COMPANY** | ) |
| <u>**Serve at:**</u> | ) |
| **Director** | ) |
| **Department of Insurance** | ) |
| **301 W. High Street, Suite 530** | ) |
| **Jefferson City, Missouri 65101** | ) |
| | ) |
| **Defendant.** | ) |

<u>**REQUEST FOR ISSUANCE OF ALIAS SUMMONS**</u>

      COMES NOW Plaintiff Donald Davis, by and through counsel, and hereby requests that the Clerk of the Court issue an Alias Summons to Defendant American Family Insurance Company. Plaintiff requests service of process by Service by Process Server authorized or appointed, who are qualified persons to serve process, are not parties and are not less than eighteen (18) years of age, as private process servers in the above cause to serve process in this case. Plaintiff is filing Plaintiff's Motion for Appointment of Private Process Server concurrently with this Request.

Respectfully submitted,

  */s/ Adam R. Moore*
Adam R. Moore  Mo. Bar # 52395
The Moore Law Firm LLC
1600 Genessee, Suite 862
Kansas City, MO 64102
(816) 668-6911 (telephone)
(816) 817-1259 (fax)
adam@moorelawkc.com

**ATTORNEY FOR PLAINTIFF DONALD DAVIS**

Electronically Filed - Jackson - Independence - September 22, 2020 - 04:01 PM

2

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE, MISSOURI**

| | | |
|---|---|---|
| **DONALD DAVIS** | ) | |
| **8824 Hunter Ave.** | ) | |
| **Kansas City, MO 64138** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 2016-CV-12383** |
| **v.** | ) | |
| | ) | **Division 17** |
| **AMERICAN FAMILY INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF NON-SERVICE

     COMES NOW Plaintiff Donald Davis, by and through counsel, and hereby provides notice that the Summons originally issued on May 28, 2020 has not been served on Defendant. Plaintiff is filing a Request for Alias Summons and a Motion for Appointment of Private Process Server concurrently with this filing to effectuate service on Defendant.

     Respectfully submitted,

     */s/ Adam R. Moore*
     Adam R. Moore   Mo. Bar # 52395
     The Moore Law Firm LLC
     1600 Genessee, Suite 862
     Kansas City, MO 64102
     (816) 668-6911 (telephone)
     (816) 817-1259 (fax)
     adam@moorelawkc.com

     **ATTORNEY FOR PLAINTIFF DONALD DAVIS**

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT INDEPENDENCE

DONALD DAVIS,     )
           )
   Plaintiff,    )
           )  **Case No. 2016-CV12383**
v.           )  **Division 17**
           )
**AMERICAN FAMILY**    )
**INSURANCE COMPANY,**   )
           )
   Defendant.   )
           )

## NOTICE OF HEARING

The Court will call this case for a Case Management Conference by telephone on October 27, 2020 at 9:00 a.m. The Court's call-in number is (877) 336-1831 access code 3410199. Parties are to appear by telephone and be heard.

## Certificate of Service

This is to certify that a copy of the foregoing was hand delivered/faxed/emailed/mailed and/or sent through the eFiling system to the following on the 14th day of September, 2020.

Attorney for Plaintiff

_Rachel L. Alaz_
Judicial Administrative Assistant/Law Clerk



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CORY LEE ATKINS | **Case Number: 2016-CV12383** |
| Plaintiff/Petitioner:<br>DONALD DAVIS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ADAM ROSS MOORE<br>1600 GENESSEE ST STE 853<br>KANSAS CITY, MO 64102 |
| Defendant/Respondent:<br>AMERICAN FAMILY INSURANCE COMPANY | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| Nature of Suit:<br>CC Breach of Contract | |
| | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** **AMERICAN FAMILY INSURANCE COMPANY**
            **Alias:**

**DIRECTOR OF DEPARTMENT**
**OF INSURANCE**
**301 WEST HIGH DRIVE SUITE 530**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

*JACKSON COUNTY*

        **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

28-MAY-2020
_____
Date

_____
Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____ .
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
                                            Date

_____
Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 20-SMCC-4358** 1 of 1 (CivilProcedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00853-FJG   Document 2-1   Filed 10/23/20   Page 22 of 32

**SUMMONS/GARNISHMENT SERVICE PACKETS**
**ATTORNEY INFORMATION**

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT INDEPENDENCE

DONALD DAVIS,

| | |
|---|---|
| **PLAINTIFF(S),** | **CASE NO.  2016-CV12383** |
| **VS.** | **DIVISION 17** |

AMERICAN FAMILY INSURANCE COMPANY,

**DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

---

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **CORY LEE ATKINS** on **15-SEP-2020** in **DIVISION 17** at **08:30 AM**.   All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting.  Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file.  All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2.  The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

a. A trial setting;

b. Expert Witness Disclosure Cutoff Date;

c. A schedule for the orderly preparation of the case for trial;

d. Any issues which require input or action by the Court;

e. The status of settlement negotiations.

Case 4:20-cv-00853-FJG   Document 2-1   Filed 10/23/20   Page 24 of 32

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ CORY LEE ATKINS
CORY LEE ATKINS, **Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was electronic noticed, faxed, emailed and/or mailed or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
ADAM ROSS MOORE, 1600 GENESSEE ST STE 853, KANSAS CITY, MO 64102

Defendant(s):
AMERICAN FAMILY INSURANCE COMPANY

Dated: 28-MAY-2020

MARY A. MARQUEZ
Court Administrator

Electronically Filed - Jackson - Independence - May 27, 2020 - 11:20 AM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT INDEPENDENCE, MISSOURI**

| | |
|---|---|
| **DONALD DAVIS** | ) |
| **8824 Hunter Ave.** | ) |
| **Kansas City, MO 64138** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. _____** |
| **v.** | ) |
| | ) **Division _____** |
| **AMERICAN FAMILY INSURANCE** | ) |
| **COMPANY** | ) |
| <u>**Serve at:**</u> | ) |
| **Director** | ) |
| **Department of Insurance** | ) |
| **301 W. High Street, Suite 530** | ) |
| **Jefferson City, Missouri 65101** | ) |
| | ) |
| **Defendant.** | ) |

## PETITION FOR DAMAGES

COMES NOW Plaintiff Donald Davis, by and through his attorneys of record, and states as follows for his causes of action against defendant American Family Insurance Company:

1.      Plaintiff Donald Davis is and was, at all relevant times, a resident of Kansas City, Jackson County, Missouri.

2.      Defendant American Family Insurance Company (hereinafter "American Family") is a corporation authorized to provide insurance in the State of Missouri.  Service can be obtained on Defendant American Family by serving the Director, Department of Insurance, 301 W. High Street, Suite 530, Jefferson City, MO 65101.

## JURISDICTION AND VENUE

3.      Jurisdiction is proper in the State of Missouri because Plaintiff Donald Davis is a resident of Missouri and American Family is a corporation licensed to provide insurance in the

State of Missouri and the acts and omissions forming the basis of this Petition took place in Jackson County, Missouri.

4.     Venue is proper in the Jackson County Circuit Court in that the acts that are the subject of this petition took place in the area of Kansas City, Jackson County, Missouri.

5.     Jurisdiction and venue are proper before this Court pursuant to Mo. Rev. Stat. §§ 506.500 and 508.010.

## FACTS

6.     On or about August 25, 2018, Plaintiff Davis was driving a 2013 Buick Lacrosse VIN #1G4GC5E32DF268567 and was stopped on 112th St. at the intersection with Ruskinway in Kansas City, Jackson County, Missouri.

7.     On or about the same date and time, Harrison Wilson was driving a 2007 Chevrolet Avalanche VIN #1G4PP55K6D4160352 eastbound on Ruskinway and she made a turn onto 112th St. in Kansas City, Jackson County, Missouri.

8.     At said time and place, Harrison Wilson, while required to use the highest degree of care, drove her vehicle in a careless manner.

9.     Due to her negligence, Harrison Wilson's vehicle crashed into Mr. Davis vehicle while Mr. Davis was stopped at the intersection, which caused significant injury and harm to Mr. Davis.

## COUNT I

## BREACH OF UNDERINSURED MOTORIST INSURANCE CONTRACT

10.     Plaintiff Donald Davis hereby incorporates the above paragraphs as though fully set forth herein.

11.     At the time of the accident, August 25, 2018, Donald Davis had a policy of insurance with Defendant American Family.

12.     Defendant American Family issued Policy Number 410143234965 to Plaintiff Davis.  This automobile insurance policy provided, inter alia, coverage for Donald Davis for Underinsured Motorist Coverage in the amount of $100,000 each person/$300,000 each accident on a 2013 Buick Lacrosse VIN #1G4GC5E32DF268567.

13.     As such, the policy was in full force and effect on the date of the auto accident referenced above.

14.     Plaintiff was an insured under the coverage of said policy.

15.     Plaintiff Davis met his contractual obligations by paying the policy premiums, including payment of a separate premium for the Underinsured Motorist Coverage for the vehicle covered in the policy.

16.     Harrison Wilson was underinsured for negligently operating her motor vehicle and for Mr. Davis' damages.

17.     Plaintiff Davis completed his claim against the at-fault driver, Harrison Wilson, and her insurance company, Safeco, has provided the full limits of their policy to settle the claims against Harrison Wilson.

18.     However, Plaintiff Davis' injuries and damages from the collision far exceed the limits of the Safeco policy, thereby implicating his Underinsured Motorist Coverage under his American Family policy.

19.     All conditions precedent to the liability of Defendant American Family under Plaintiff's own underinsured motorist coverage policy have been met.

20. Plaintiff is legally owed benefits from Defendant American Family under his underinsured motorist coverage policy for his damages.

21. Defendant American Family has breached its contract for insurance coverage with Plaintiff, and is legally liable for his damages in this lawsuit.

22. As a direct and proximate result of the negligence and carelessness of Harrison Wilson, Plaintiff Davis was hit by the vehicle and suffered pain, suffering, severe injuries and lost wages as a result of this collision.

23. As a direct and proximate result of the negligence and carelessness of Harrison Wilson, Plaintiff Davis has incurred medical, rehabilitation, hospital, and doctor bills for medical care and treatment.

24. As a direct and proximate result of the negligence and carelessness of Harrison Wilson, Plaintiff Davis suffered lost wages as he was unable to work for a period of 23 weeks following the collision.

25. As a direct and proximate result of the negligence and carelessness of Harrison Wilson, Plaintiff Davis has sustained economic and non-economic losses now and in the future, suffered personal injuries, has been forced to seek medical treatment, has incurred medical expenses, will incur such expenses in the future, has lost wages/income and business opportunities, and has experienced past and ongoing pain and suffering, mental anguish, emotional distress and the loss of enjoyment of life.

26. Damages sustained by Plaintiff Davis, as described above, are in excess of the insurance policy limits of Harrison Wilson.

27. Because Defendant American Family has refused to pay Mr. Davis' actual damages, it has not met its contractual obligation and has breached the contract.

4

28.     This refusal to pay has created a significant financial burden on Plaintiffs Davis resulting in additional damages.

WHEREFORE, Plaintiff Donald Davis respectfully requests this Court to enter judgment against Defendant American Family for actual damages in an amount that is fair and reasonable for their costs and expenses incurred herein, and for such other relief as the court deems just and necessary.

## COUNT II

## VEXATIOUS REFUSAL TO PAY BY AMERICAN FAMILY

29.     Plaintiff Donald Davis hereby incorporates the above paragraphs as though fully set forth herein.

30.     Defendant American Family issued Policy Number 410143234965 to Plaintiff Davis.

31.     The Policy was in effect on August 25, 2018 at the time of the automobile collision which forms the subject matter of Plaintiff Davis' claim.

32.     Plaintiff Davis provided Defendant American Family with evidence of his injuries and damages well in excess of $100,000 and requested Defendant American Family to uphold its obligation and to cover the uncompensated damages under the underinsured motorist endorsements in the American Family policy owed under Policy Number 410143234965.

33.     Defendant American Family has failed to compensate Mr. Davis for his clearly documented economic and non-economic damages from his injuries.  American Family has had sufficient time and has been provided with sufficient information to evaluate Mr. Davis' claim. Instead of honoring its contractual obligations, Defendant American Family has grossly and unreasonably undervalued Mr. Davis' damages without any valid reason.

Electronically Filed - Jackson - Independence - May 27, 2020 - 11:20 AM

34. Defendant American Family's response to Plaintiff Davis' demand for payment under the Policy failed to recognize the severity of Plaintiff Davis' injuries and his pain and suffering, mental anguish, emotional distress and lost wages from those injuries.

35. Defendant American Family refused to pay the demand submitted by Plaintiff Davis under Policy Number 410143234965 and responded with a minimal offer that was not reasonable based on the severity of Mr. Davis' economic and non-economic damages.

36. The refusal was without reasonable cause or excuse as the facts would appear to a reasonable and prudent person in violation of Missouri Statutes § 375.296 and § 375.420.

37. After Defendant American Family refused the initial demand to honor its obligation to compensate Mr. Davis for his damages, Mr. Davis sent a letter to Defendant American Family on April 17, 2020 again demanding that Defendant American Family honor its obligations, properly evaluate his claim and compensate him for his injuries.

38. Defendant American Family failed to ever respond to this request.

39. As a direct and proximate result of Defendant American Family's vexatious refusal to pay, Plaintiff Davis has suffered damages in excess of the $100,000 limits of Policy Number 410143234965.

40. Plaintiff Davis is entitled to payment of his actual damages, including damages in excess of the limits of Policy Number 410143234965, as well as statutory damages and attorney's fees pursuant to § 375.296 and § 375.420 RSMo.

WHEREFORE, Plaintiff Donald Davis requests this Court enter judgment against Defendant American Family Insurance Company and award damages, in excess of the limits of Policy Number 410143234965, and statutory penalties not to exceed twenty percent of the first fifteen hundred dollars of the loss, and ten percent of the amount of the loss in excess of fifteen

hundred dollars for Defendant's vexatious refusal to pay, and reasonable attorney's fee pursuant to § 375.296 and § 375.420 RSMo.


**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**


Respectfully submitted,

 */s/ Adam R. Moore*
Adam R. Moore   Mo. Bar # 52395
The Moore Law Firm LLC
1600 Genessee, Suite 862
Kansas City, MO 64102
(816) 668-6911 (telephone)
(816) 817-1259 (fax)
adam@moorelawkc.com

**ATTORNEY FOR PLAINTIFF DONALD DAVIS**